UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD CONNELLY,<br><br>   Plaintiff,<br><br>  v.<br><br>ST. JUDE MEDICAL, INC., et al.,<br><br>   Defendants. | Case No. 5:17-cv-02006-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' scheduling requests in their joint case management statement (Dkt. No. 33). Because the Court's ruling on the pending motion to dismiss (Dkt. No. 29) may resolve the parties' scheduling disputes, the July 13, 2017, case management conference is VACATED. The Court will reset the conference within thirty days of issuing an order on the motion to dismiss. The parties shall exchange Rule 26 initial disclosures by July 21, 2017.

**IT IS SO ORDERED.**

Dated: July 12, 2017

               EDWARD J. DAVILA
               United States District Judge