MAYER BROWN LLP
Daniel L. Ring (appearance *pro hac vice*)
71 S. Wacker Drive
Chicago, IL 60606-4668
dring@mayerbrown.com
Telephone: (312) 701-8520
Facsimile: (312) 706-8675

Andrew E. Tauber (appearance *pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006-1101
atauber@mayerbrown.com
Telephone: (202) 263-3324
Facsimile: (202) 263-5324

Elspeth V. Hansen (Cal. Bar No. 292193)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
ehansen@mayerbrown.com
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

*Attorneys for Defendants St. Jude Medical, LLC,
Abbott Laboratories, and Pacesetter, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RICHARD CONNELLY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ST. JUDE MEDICAL, INC., a Minnesota corporation; ABBOTT LABORATORIES AS THE SUCCESSOR IN INTEREST TO ST. JUDE MEDICAL, INC., an Illinois corporation; and PACESETTER, INC., dba St. Jude Cardiac Rhythm Management Division, a Delaware corporation,<br><br>　　　　Defendants. | Case No. 5:17-cv-02006-EJD<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER EXTENDING DEADLINES FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S PLEADINGS**<br><br>**Complaint Filed: April 11, 2017** |

WHEREAS, on April 11, 2017, Plaintiff Richard Connelly ("Plaintiff") filed a Complaint in the above-captioned matter;

WHEREAS, on June 23, 2017, Defendants St. Jude Medical, Inc., Abbott Laboratories, and Pacesetter, Inc. (collectively, "Defendants") filed a Motion to Dismiss all claims in Plaintiff's Complaint;

WHEREAS, on July 5, 2017, this Court approved the parties' stipulation extending the deadlines for Plaintiff's Opposition to the Motion to Dismiss and Defendants' Reply in support of the Motion to Dismiss;

WHEREAS, on August 23, 2017, this Court granted in part and denied in part Defendants' Motion to Dismiss and ordered Plaintiff to file an amended complaint by September 8, 2017;

WHEREAS, Defendants are currently required to respond to the claims that were not dismissed by September 6, 2017;

WHEREAS, Plaintiff currently intends to file an amended complaint by September 8, 2017;

WHEREAS, Defendants named in the Amended Complaint would be required to respond to an Amended Complaint filed on September 8, 2017 no later than September 22, 2017;

WHEREAS, given the desire to avoid filing an answer that would be mooted by the Amended Complaint and that can only address a portion of the pleadings that Plaintiff intends to amend, Plaintiff and Defendants agree an extension of the deadlines for Defendants to respond to the Complaint is warranted to avoid piecemeal pleadings and unnecessary expense;

WHEREAS, in addition, given international travel previously scheduled by lead defense counsel, Mr. Ring, and the complexity of the issues in this matter, Plaintiff and Defendants agree an extension of the deadlines for any defendants named in the Amended Complaint to respond is warranted to enable sufficient time to assess whether any further motion practice is warranted or whether any defendants will instead answer the anticipated Amended Complaint;

WHEREAS extending these deadlines will not impact any other existing deadlines in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. Defendants shall not be required to respond to Plaintiff's Complaint by September 6, 2017.
2. If Plaintiff files an Amended Complaint by September 8, 2017, any defendant named in the Amended Complaint must answer or otherwise respond no later than October 13, 2017.

Dated: September 1, 2017        Respectfully submitted,

/s/  Daniel L. Ring
MAYER BROWN LLP
Daniel L. Ring (appearance *pro hac vice*)
71 S. Wacker Drive
Chicago, IL 60606-4668
dring@mayerbrown.com
Telephone:  (312) 701-8520
Facsimile:  (312) 706-8675

Andrew E. Tauber (appearance *pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006-1101
atauber@mayerbrown.com
Telephone: (202) 263-3324
Facsimile:  (202) 263-5324

Elspeth V. Hansen (Cal. Bar No. 292193)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
ehansen@mayerbrown.com
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

*Attorneys for Defendants St. Jude Medical, LLC, Abbott Laboratories, and Pacesetter, Inc.*

/s/  Camilo Artiga-Purcell
COTCHETT, PITRE & McCARTHY, LLP
Camilo Artiga-Purcell (SBN 273229)
cartigapurcell@cpmlegal.com
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Nanci E. Nishimura (SBN 152621;)
nnishimura@cpmlegal.com
San Francisco Airport Office Center

1  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
2  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577

3  *Attorneys for Plaintiff*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **LOCAL RULE 5(i)(3) ATTESTATION** |
| 2 | I, Daniel L. Ring, hereby attest, pursuant to Northern District of California, Local Rule 5- |
| 3 | 1(i)(3), that concurrence to the filing of this document has been obtained from each signatory. |
| 4 | |
| 5 | /s/ Daniel L. Ring |

# [PROPOSED] ORDER

Before this Court is the parties' Stipulation and [Proposed] Order Extending Deadlines for Defendants to Respond to Plaintiff's Pleadings. The Stipulation is **GRANTED**. It is **HEREBY ORDERED** that:

1. Defendants shall not be required to respond to Plaintiff's Complaint by September 6, 2017.

2. If Plaintiff files an Amended Complaint by September 8, 2017, any defendant named in the Amended Complaint must answer or otherwise respond no later than October 13, 2017.

**IT IS SO ORDERED.**

Dated: September 5, 2017

Hon. Edward J. Davila
United States District Judge